IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-00917

**JAMES COLLINS,**

    Plaintiff,

v.

**TRAVELERS CASUALTY INSURANCE COMPANY,**

    Defendant.

**ORDER REGARDING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

PURSUANT TO the parties' Stipulated Motion for Dismissal with Prejudice, it is ORDERED THAT this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this __2nd__ day of __June__, 2023.

                                                BY THE COURT:

                                              __/s/ Gordon P. Gallagher__
                                              U.S. District Court Judge